MALAWISTA, Respondent, *v.* PACILCO, Appellant.

*(Common Pleas of New York City and County, General Term.* June 25, 1891.)

Appeal from fourth district court.

Action by Morris Malawista against Angelo Pacilco.

No opinion.  Judgment affirmed, with costs.

---

NICHOLS *et al.*, Respondents, *v.* SHEEHY *et al.*, Appellants.

*(Common Pleas of New York City and County, General Term.* June 25, 1891.)

Appeal from ninth district court.

Action by Samuel Nichols and others against John Sheehy and others.

No opinion.  Judgment affirmed, with costs.

---

RIMMER *v.* ROYAL OAK BENEFIT LEAGUE.

*(Common Pleas of New York City and County, General Term.* June 25, 1891.)

Appeal from district court.

Action by Margaret Rimmer against the Royal Oak Benefit League.

No opinion.  Judgment reversed, new trial ordered, costs to abide the event.

---

RODKINSON, Respondent, *v.* CONNER, Appellant.

*(Common Pleas of New York City and County, General Term.* June 25, 1891.)

Appeal from district court.

Action by Michael L. Rodkinson against Frank Conner.

No opinion.  Judgment reversed, new trial ordered, without costs to either party.

---

THOMAS *v.* WHITELEGGE.

*(Common Pleas of New York City and County, General Term.* June 25, 1891.)

Appeal from district court.

Action by Rowland W. Thomas against James H. Whitelegge.

No opinion.  Judgment affirmed, with costs.  See 14 N. Y. Supp. 779.

---

BURT *v.* LUSTIG *et al.*

*(Superior Court of New York City, General Term.* July 2, 1891.)

No opinion.  There being no proof that the case has been ordered on file after settlement, or that an order is in force declaring the case abandoned, the motion must be denied, with $10 costs.

---

DEITSCH *v.* SCHANNING *et al.*

*(Superior Court of New York City, General Term.* July 2, 1891.)

Action by Jacob H. Deitsch against Frederick Schanning and others.

No opinion.  Motion denied, with $10 costs.  See 14 N. Y. Supp. 126.

---

FITCH *v.* ARMOUR.

*(Superior Court of New York City, General Term.* July 2, 1891.)

Action by Benjamin Fitch against Paul J. Armour.

No opinion.  Motion denied, with $10 costs.  See 14 N. Y. Supp. 319.